1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    MIRANDA KANE (CSBN 150630)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 09-01015 EJD
                                       )
14       Plaintiff,                    )
                                       )    STIPULATION AND [PROPOSED]
15       v.                            )    ORDER EXCLUDING TIME UNDER THE
                                       )    SPEEDY TRIAL ACT
16  ROOSEVELT ANDERSON JR.,            )
                                       )
17       Defendant.                    )    SAN JOSE VENUE
    _____)
18

19      On August 25, 2011, the undersigned parties appeared before the Court to reschedule a trial

20  in the above-captioned matter.  After the Court and the parties reviewed their schedules, the

21  Court set a trial for February 6, 2012.  The Court also scheduled a status hearing on November 7,

22  2011 at 1:30 p.m. in order to determine if the Court would be available to move up the trial date

23  to December 5, 2011.  The parties neglected to request an exclusion of time at the hearing, and

24  now respectfully request an exclusion under the Speedy Trial Act from August 25, 2011 through

25  November 7, 2011.  The parties agree and stipulate that an exclusion of time is appropriate based

26  on the defendant's need for effective preparation and continuity of counsel.

27  //

28  //

1 | SO STIPULATED:                    MELINDA HAAG
                                       United States Attorney
2

3 | DATED: 8/25/11                     _____/s/_____
                                       SUSAN KNIGHT
4                                      Assistant United States Attorney

5 | DATED: 8/25/11                     _____/s/_____
                                       BRUCE C. FUNK
6                                      Counsel for Mr. Anderson

7

8

9                                      **<u>ORDER</u>**

10     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded in

11 United States v. Anderson, CR 09-01015 EJD, under the Speedy Trial Act from August 25, 2011

12 through November 7, 2011.  The Court finds, based on the aforementioned reasons, that the ends

13 of justice served by granting the requested continuance outweigh the best interest of the public

14 and the defendant in a speedy trial.  The failure to grant the requested continuance would deny

15 defense counsel reasonable time necessary for effective preparation, taking into account the

16 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

18 (B)(iv).

19 SO ORDERED.

20

21 DATED:__September 2, 2011_____     _____
                                       EDWARD J. DAVILA
22                                     United States District Judge

23

24

25

26

27

28