MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
          Michelle.Kane2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROOSEVELT ANDERSON JR.,<br><br>    Defendant. | No. CR 09-01015 EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRETRIAL CONFERENCE<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the pretrial conference, scheduled for January 23, 2012 be continued to February 1, 2012 at 10:00 a.m. The reason for the continuance is that Assistant United States Attorney Susan Knight will be in trial before the Honorable Phyllis J. Hamilton in *United States v. Qin*, CR 10-00083 PJH. The parties do not anticipate a lengthy pretrial conference, and anticipate filing stipulations on several matters prior to the pretrial conference.

SO STIPULATED:                        MELINDA HAAG
                                          United States Attorney

DATED: 1/9/12                         _____/s/_____
                                          SUSAN KNIGHT
                                          MICHELLE J. KANE
                                          Assistant United States Attorneys

DATED: 1/9/12          /s/_____
BRUCE C. FUNK
Counsel for Mr. Anderson

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the pretrial conference in *United States v. Anderson*, CR 09-01015 EJD, scheduled for January 23, 2012, is continued to February 1, 2012 at 10:00 a.m.

SO ORDERED.

DATED: January 10, 2012          _____
EDWARD J. DAVILA
United States District Judge